Exhibit 1

# Order Summary

Order placed January 2, 2026    Order # 112-9358772-4150654

**Ship to**
[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**
Visa ending in [redacted]
View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $8.99 |
| Shipping & Handling: | $8.49 |
| Total before tax: | $17.48 |
| Estimated tax to be collected: | $0.92 |
| **Grand Total:** | **$18.40** |

## Arriving January 21 - January 29




Maikeway Metal Signs Vintage Types of Kitchen Knives Tin Sign Knowledge Popular Science Poster Kitchen Farm Aquarium School Home Garden Wall Art Decor Plaque 8x12 Inch
Sold by: TIN66
Supplied by: Other
$8.99

Back to top

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates