**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Grazyna Maniecka

Plaintiff,

v.

Case No.: 1:26−cv−02729

Honorable Edmond E. Chang

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 8, 2026:

MINUTE entry before the Honorable Edmond E. Chang: In light of the absence of a timely response to the complaint, the motion for default judgment [23] is granted. As explained in the Order, judgment shall be entered in favor of the Plaintiff and against the Defendant in the amount of fifteen−thousand dollars ($15,000.00). Given the finding of willfulness established by the default, a permanent injunction shall be entered. A separate AO−450 judgment shall be entered. The status hearing of 10/23/2026 is vacated. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.